MCELROY, DEUTSCH, MULVANEY, & CARPENTER, LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, New Jersey 07962-2075
(973) 993-8100
Attorneys for plaintiff, Berkshire Life Insurance Company of America

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>STEPHEN DIPERI,<br><br>          Defendant. | CIVIL ACTION NO. |

CIVIL ACTION – RULE 7.1 STATEMENT

The following is a list of all corporate parents that own more than 10% of Berkshire Life Insurance Company of America stock: The Guardian Life Insurance Company of America.

                                                McELROY, DEUTSCH, MULVANEY
                                                                                                                                                                                        & CARPENTER, LLP
                                     Attorneys for Defendant, Berkshire Life Insurance Company of America

                                     By: _____
                                           Steven P. Del Mauro, Esq.

Dated: October 15, 2007

1005413_1.doc