MCELROY, DEUTSCH, MULVANEY, & CARPENTER, LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, New Jersey 07962-2075
(973) 993-8100
Attorneys for plaintiff, Berkshire Life Insurance Company of America

By: _____
    Steven P. Del Mauro

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA, | CIVIL ACTION NO. 07-9357 (CLB) |
| Plaintiff, | |
| vs. | |
| STEPHEN DIPERI, | |
| Defendant. | |

CIVIL ACTION – VOLUNTARY STIPULATION OF DISMISSAL & ord

The undersigned attorneys for plaintiff, Berkshire Life Insurance Company of America, hereby voluntarily stipulate and agree to the dismissal of this civil action.

McELROY, DEUTSCH, MULVANEY
& CARPENTER, LLP
Attorneys for Defendant, Berkshire Life Insurance
Company of America

By: _____
    Steven P. Del Mauro, Esq.

Dated: November 20, 2007

1021914_1.doc

SO ORDERED.

_____
Charles Brieant
U.S.D.J.
dated November 26, 2007